IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

TAQI EL AGABEY MANAGEMENT,       *
                                  *
    Plaintiff,                    *
                                  *
        v.                        *   CV 117-146
                                  *
FEDERAL NATIONAL MORTGAGE         *
ASSOCIATION et al.,               *
                                  *
    Defendants.                   *

---

**O R D E R**

---

Presently before the Court is Plaintiff's motion for a temporary restraining order. (Doc. 5.) Plaintiff is a non-profit corporation with its principal place of business in Washington and its place of incorporation in Wyoming. The complaint in this case and all the subsequent motions were filed by Bro T. Hesed-El as the administrator of Plaintiff. Corporations, however, may not proceed pro se and must be represented by counsel. See Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985) ("The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear pro se, and must be represented by counsel.") Plaintiff is not represented by counsel, thus his complaint should be dismissed. The Eleventh Circuit, however,

has instructed district courts to give corporations proceeding pro se the opportunity to obtain counsel prior to dismissing their case. In re Strickland and Davis Int'l, Inc., 612 F. App'x 971, 976-77 (11th Cir. 2015). Accordingly, the Court **ORDERS** Plaintiff to retain counsel and have that counsel file a notice of appearance in this case within **FOURTEEN DAYS** of the date of this Order. Until Plaintiff retains counsel and that counsel enters a notice of appearance, the Court will not consider any pending motions. If Plaintiff fails to comply with this Order, the Court will dismiss Plaintiff's complaint.

**ORDER ENTERED** at Augusta, Georgia, this 6th day of November, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA