# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| TAQI EL AGABEY MANAGEMENT, | * |
| Plaintiff, | * |
| v. | * CV 117-146 |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION et al., | * |
| Defendants. | * |

## ORDER

Plaintiff is a non-profit corporation with its principal place of business in Washington and its place of incorporation in Wyoming. The complaint and all the subsequent motions in this case have been filed by Bro T. Hesed-El ("El") as the "administrator" of Plaintiff. In its previous order, the Court notified Plaintiff that, because it was a corporation, it could not proceed pro se but must be represented by a lawyer. (Doc. 9.) The Court ordered the Corporation to retain counsel within fourteen days or face dismissal. (Id.) In response to that Order, El filed a "Special Notice of Appearance to Chief Judge J. Randal Hall" in which he claimed to be "suing in his own name." (Doc. 10.)

The Court construes El's notice as a motion to amend the complaint and/or substitute himself as the real party in interest under Federal Rule of Civil Procedure 17. Accordingly, the Court **ORDERS** El to file an amended complaint and to provide further explanation as to why he is now the real party in interest. The Court **DIRECTS** the **CLERK** to enclose Form Pro Se 1, Complaint for a Civil Case, stamped with the appropriate case number, with Plaintiff's service copy of this Order. If El wishes to substitute himself for the current Plaintiff, he **MUST** amend his complaint by completing the enclosed form <u>and</u> attach to the enclosed form an explanation of why he is the real party in interest under Rule 17.

**ORDER ENTERED** at Augusta, Georgia, this 8th day of November, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2