IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

BRO T. HESED-EL,                          )
Administrator Trustee,                    )
                                          )
                                          )
     Plaintiff - Appellant,               )
                                          )       CV 1:17-146
     V.                                   )
                                          )
FEDERAL NATIONAL MORTGAGE                 )
ASSOCIATION, et al.,                      )
                                          )
     Defendants - Appellees.              )

**O R D E R**

The appeal in the above-styled action having been dismissed for want of prosecution by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this 18th day of May 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA