IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

BRO T. HESED-EL, )
Administrator Trustee, )
 )
    Plaintiff-Appellant, )
 ) Case No. CV 1:17-146
vs. )
 ) Appeal No. 19-1223
COURTNEY MCCORD, )
Individual and Official )
Capacity, VERA BULTER, )
Individual and Official )
Capacity, CITY OF AUGUSTA- )
RICHMOND COUNTY, )
 )
    Defendants-Appellees. )

O R D E R

The appeal in the above-styled action having been AFFIRMED by the United States Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

SO ORDERED, this _16th_ day of December 2020.

_____
HONORABLE J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA